**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2337

CHUKWUMA E. AZUBUKO,

Plaintiff - Appellant,

versus

THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA; THE ELEVENTH
CIRCUIT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:04-cv-00735-BO)

Submitted:  June 21, 2007          Decided:  June 26, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chukwuma E. Azubuko, Appellant Pro Se. Joshua B. Royster, UNITED
STATES DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chukwuma E. Azubuko appeals the district court's order denying his "Second Motion for Reconsideration." We conclude that the district court did not abuse its discretion in denying Azubuko's motion to reconsider. See United States v. Winestock, 340 F.3d 200, 204 (4th Cir. 2003) (providing standard for Fed. R. Civ. P. 60(b) motions); see also Bogart v. Chappell, 396 F.3d 548, 555 (4th Cir. 2005) (providing standard for Fed. R. Civ. P. 59(e) motions). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED